UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT LIONEL SANFORD, | ) | No. EDCV 09-1155-DMG(CW)[1] |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING REPORT AND |
| | ) | AND RECOMMENDATION OF |
| v. | ) | UNITED STATES |
| | ) | MAGISTRATE JUDGE |
| M. CRISPIN, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the record and the Report and Recommendation of the United States Magistrate Judge. No written objections to the Report have been received. The Court accepts the findings and recommendation of the Magistrate Judge.

//

//

//

//

---

[1] Plaintiff has another pending action: No. EDCV 10-733-DMG(CW). This Order and the accompanying Judgment concern only No. EDCV 09-1155.

1    **IT IS THEREFORE ORDERED** that judgment be entered dismissing the
2 action, without prejudice, for failure to prosecute, and for failure
3 to exhaust administrative remedies as discussed in the second
4 Memorandum and Order filed January 26, 2011 [docket no. 39].

6 DATED:   August 9, 2011

_____
DOLLY M. GEE
United States District Judge