**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROBERT LIONEL SANFORD, | ) | No. EDCV 09-1155-DMG(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| M. CRISPIN, | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: August 9, 2011

_____
DOLLY M. GEE
United States District Judge